```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
LUMEN ALTRE,                                         :
                                                     :
                    Plaintiff,                       :
                                                     :
              v.                                     :   **ORDER**
                                                     :   20-CV-2787 (WFK) (RER)
WHOLE FOODS MARKET                                   :
GROUP, INC.,                                         :
                                                     :
                    Defendant.                       :
-----------------------------------------------------X
```
**WILLIAM F. KUNTZ, II, United States District Judge:**

On April 19, 2021, the Honorable Magistrate Judge Ramon E. Reyes filed a *sua sponte* Report and Recommendation ("R&R"), recommending this Court dismiss the above-captioned case without prejudice due to Plaintiff's failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41. ECF No. 12. Objections to the R&R were due May 3, 2021, and to date, no objections have been filed.

In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where no objections have been filed, the Court reviews a report and recommendation for clear error. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here. Accordingly, the Court adopts the R&R in its entirety.

The Clerk of Court is respectfully directed to close any pending motions and close the case.

**SO ORDERED.**

s/ WFK
_____

Dated: May 6, 2021          HON. WILLIAM F. KUNTZ, II
     Brooklyn, New York     UNITED STATES DISTRICT JUDGE